UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS EARL FORD | CIVIL ACTION |
| VERSUS | NO. 21-1096 |
| 19TH JUDICIAL DISTRICT COURT EAST BATON ROUGE PARISH OF LOUISIANA, ET AL. | SECTION "R" (4) |

# ORDER

Plaintiff Thomas Earl Ford, proceeding *pro se* and seeking to proceed *in forma pauperis*,[1] brings suit under 42 U.S.C. § 1983, alleging that defendants violated his federal constitutional rights by falsely charging him with first degree rape, two counts of molestation of a juvenile, sexual battery, and two counts of carnal knowledge of a juvenile.[2] Pursuant to Eastern District of Louisiana Local Civil Rule 73.2(A) and 28 U.S.C. § 636(b), this matter was referred to Magistrate Judge Karen Wells Roby. On June 25, 2021, Magistrate Judge Roby issued a Report and Recommendation ("R&R"), recommending that the Court transfer plaintiff's case, pursuant to 28 U.S.C. §§ 1391(b)[3] and 1406(a).[4] Magistrate Judge Roby further

---

[1] R. Doc. 5.
[2] R. Doc. 1 at 4.
[3] Because 42 U.S.C. § 1983 does not contain a specific venue provision, venue is determined under the general venue provisions of 28 U.S.C. § 1391. *See Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd*, 480 F.2d 805 (5th Cir. 1973).
[4] R. Doc. 7.

recommended that the Court defer plaintiff's application to proceed *in forma pauperis* to the receiving court.[5]

Plaintiff did not object to the R&R.  Therefore, the Court reviews the R&R for clear error.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  The Court finds no clear error.  Therefore, the Court adopts Magistrate Judge Roby's R&R as its opinion.

Accordingly, the Court orders that the plaintiff's case is TRANSFERRED to the United States District Court for the Middle District of Louisiana for further proceedings.

New Orleans, Louisiana, this __10th__ day of September, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5]    *Id.* at 1.